1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA ALLISON, #179741
   Chief Assistant for the Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700  Fax: 916-498-5710
   Linda_allison@fd.org
5
6  Attorneys for Defendant
   Titus Bell
7
8              IN THE UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
   UNITED STATES OF AMERICA,     )  Case No. 2:16-cr-00174-AC
12                                )
          Plaintiff,              )  STIPULATION AND [PROPOSED] ORDER
13                                )  TO CONTINUE STATUS CONFERENCE
          v.                      )
14                                )  Date:   October 3, 2016
   Titus Bell,                    )  Time:  2:00 P.M.
15                                )  Judge: Hon. Allison Claire
          Defendant.             )
16                                )
17 _____)

18      IT IS HEREBY STIPULATED between the parties through their respective counsel,

19 Assistant United States Attorney JUSTIN LEE, Chief Assistant Federal Defender LINDA C.

20 ALLISON attorney for TITUS BELL, that the Court vacate the status conference on October 3,

   2016 and set a status conference for November 14, 2016 at 9:00 a.m.

21      The parties also agree that the ends of justice served by granting defendant's request for a

22 continuance outweighs the best interest of the public and the defendants in a speedy trial, counsel

23 needs additional time to review and discuss the discovery with her client, to conduct a further

24 investigation and discuss plea negotiations with the government.

25 ////

26 ////

27 ////

28

                                      -1-

1    The parties stipulate that for the purpose of computing time under the Speedy Trial Act,

2    the Court should exclude time from the date of this order through November 14, 2016, for

3    defense preparation and investigation.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4].

4    DATED:  September 30, 2016                         Respectfully submitted,

5

6                                                      HEATHER WILLIAMS
                                                       Federal Defender

7                                                      /s/Linda Allison
                                                       LINDA ALLISON
8                                                      Chief Assistant to the Federal Defender
                                                       Attorneys for Defendant
9                                                      TITUS BELL

10

11   Dated:  September 30, 2016                        PHILLIP A. TALBERT
                                                       Acting United States Attorney

12                                                     /s/ Linda C. Allison for
                                                       JUSTIN LEE
13                                                     Assistant United States Attorney

14                                   **ORDER**

15    The Court, having received, read, and considered the stipulation of the parties, and good

16   cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The

17   Court specifically finds that the failure to grant a continuance in this case would deny counsel

18   reasonable time necessary for effective preparation, taking into account the exercise of due

19   diligence. The Court finds that the ends of justice to be served by granting the requested

     continuance outweigh the best interests of the public and defendants in a speedy trial.

20    The Court orders that the time from the date of the parties stipulation, September 30,

21   2016 up to and including November 14, 2016, shall be excluded from computation of time

22   within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to

23   18 U.S.C. §3161 (h)(7)(A) and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code

24   T4). It is further ordered that the October 3, 2016 status conference hearing shall be continued

     until November 14, 2016 at 9:00 a.m..

25

26   Dated:  September 30, 2016

27                                                     ALLISON CLAIRE
                                                       UNITED STATES MAGISTRATE JUDGE
28